UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA ESTHER MARSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W COLVIN,<br><br>　　　　　Defendant. | Case No.15-cv-03550-JSC<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. No. 17 |

Plaintiff, through counsel, filed this social security appeal on August 1, 2015.  Although Defendant filed her answer on November 23, 2015, Plaintiff did not file her motion for summary judgment within 30 days as required by the Social Security Procedural Order.  (Dkt. Nos. 7, 12.)  Accordingly, after this case was reassigned to the undersigned magistrate judge, Plaintiff was ordered to file her motion for summary judgment by March 6, 2017.  (Dkt. No. 17.)  To date, Plaintiff has failed to do so and has not otherwise communicated with the Court.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute and comply with the Court's orders.  *See* Fed. R. Civ. P. 41(b).  **Plaintiff shall simultaneously show cause and file her motion for summary judgment on or before April 3, 2017.**  Failure to respond to this Order may result in the dismissal of this action without further notice.

　　　　IT IS SO ORDERED.

Dated: March 20, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California